# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/14/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Phillip Berkoff<br>64−5337 Puu Nani Drive<br>Kamuela, HI 96743 | Rossana Teodoro Berkoff<br>64−5337 Puu Nani Drive<br>Kamuela, HI 96743 |
| Case Number:<br>10−02844 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6181<br>xxx−xx−0128 |
| Attorney for Debtor(s) (name and address):<br>Barbara L. Franklin<br>45−3438 Mamane Street, Bldg. 2<br>Honokaa, HI 96727<br>Telephone number: 808.775.0530 | Bankruptcy Trustee (name and address):<br>David C. Farmer<br>David C. Farmer Attorney at Law LLLC<br>P.O. Box 4379<br>Honolulu, HI 96812−4379<br>Telephone number: 808 222.3133 |

### Meeting of Creditors
Date: **October 12, 2010**            Time: **02:30 PM**
Location: **Hilo State Office Building, 75 Aupuni Street, 1st Floor, Hilo, HI 96720**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/13/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 9/14/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

**Refer to Other Side for Important Deadlines and Notices**

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: lisa                  Page 1 of 2                Date Rcvd: Sep 15, 2010
Case: 10-02844                 Form ID: b9a                Total Noticed: 61
```

The following entities were noticed by first class mail on Sep 17, 2010.
```
db          +Steven Phillip Berkoff,    64-5337 Puu Nani Drive,    Kamuela, HI 96743-8136
jdb         +Rossana Teodoro Berkoff,   64-5337 Puu Nani Drive,    Kamuela, HI 96743-8136
aty         +Barbara L. Franklin,    45-3438 Mamane Street, Bldg. 2,    Honokaa, HI 96727-6941
1041655      Aargon Collection Agency,   3025 W. Sahara Avenue,   Las Vegas, NV  89102-6094
1041660      CAC Financial Corp.,    2601 NW Expressway, Suite 1000 East,    Oklahoma, OK  73112-7236
1041662     +CARE - Medical Billing,    P.O.Box 20337,    Portland, OR 97294-0337
1041665      Columbia House,   PO Box 91601,    Indianapolis, IN  46291-0601
1041666     +Creditors Financial Group, LLC,    PO Box 440290,    Aurora, CA 80044-1500
1041667     +David Robinson,   Robinson & Chur,    560 N. Nimitz Hwy., #219,    Honolulu, HI 96817-5315
1041668     +FCC,   445 12th Street SW,    Washington, DC 20554-0004
1041669      First Source Advantage LLC,    PO Box 628,    Buffalo, NY  14240-0628
1041671     +Frederick J. Hanna & Associates, P.C.,    1427 Roswell Road,    Marietta, GA 30062-3668
1041674      GE Money Bank/Paypal,   PO Box 960080,    Orlando, FL  32896-0080
1041675     +Gregory Chow, MD Inc.,    PO Box 30460,    Honolulu, HI  96820-0460
1041682      HMSA,   PO Box 860,    Honolulu, HI  96808-0860
1041676     +Harmen Communications,    310-9 Alamaha Street,    Kahului, HI 96732-2465
1041677     +Hawaii Employer's Mutual Insurance Compa,    PO Box 3376,    Honolulu, HI 96801-3376
1041678     +Hawaii Employers' Mutual Insurance Co.,    PO Box 3376,    Honolulu, HI 96801-3376
1041679      Hawaii Pathologists Lab,    PO Box 29900,    Honolulu, HI  96820-2300
1041680      Hawaii Radiologic Assoc,    688 Kinoole Street, Suite 103,    Hilo, HI  96720-3868
1041684      I.C. Systems Inc.,    PO Box 64887,    St. Paul, MN  55164-0887
1041685      Kona Anesthesia, LLC,    Box 1840,    Kailua-Kona, HI  96745-1840
1041686     +Kona Community Hospital,    79-1019 Haukapila Street,    Kealakekua, HI 96750-7920
1041688     +Lionel Meyer, Esq.,    591 Kinoole Street,    Hilo, HI 96720-3015
1041691      MEDCAH, INC.,    PO Box 1187,    Kailue, HI 96734-1187
1041690      Marvin S. C. Dang,    P.O. Box 4109,    Honolulu, HI  96812-4109
1041692      Monarch Recovery Management,    PO Box 21089,    Philadelphia, PA  19114-0589
1041693      Municipal Services Bureau,    PO Box 16755,    Austin, TX  78761-6755
1041694     +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
1041695      NCO Financial Systems,    PO Box 15740,    Wilmington, DE  19850-5740
1041696     +NHCH Specialty Clinic,    67-1119 Mamalahoa Highway,    Kamuela, HI 96743-8496
1041697     +North Hawaii Community Hospital,    P.O. Box 2799,    Kamuela, HI 96743-2799
1041698      Oceanic Time Warner,    P.O. Box 30050,    Honolulu, HI. 96820-0050
1041699     +Phillips & Cohen,    Mail Stop 565,    1002 Justison Street,    Wilmington, DE 19801-5148
1041700      Queen's Medical Center,    PO Box 380020,    Honolulu, HI  96838-0020
1041703     +RLI Insurance Company,    9025 N. Lindbergh Drive,    Peoria, IL 61615-1499
1041701     +Radiology Associates Inc.,    500 Ala Moana Blvd.,    Tower 4, Suite 510,    Honolulu, HI 96813-4920
1041702      Revenue Cycle Management,    3221 Waialae Avenue, Suite 338,    Honolulu, HI  96816-5831
1041704     +Routh Crabtree Olsen,    Derek Wong,    900 Fort Street, Suite 305,    Honolulu, HI 96813-3702
1041705     +Ted Keahiolalo,    PO Box 5551,    Hilo, HI 96720-8551
1041706      USA Funds,    c/o Sallie Mae, Inc.,    PO Box 9532,    Wilkes-Barre, PA  18773-9532
1041708     +Waikoloa Medical Arts,    3465 Waialae Avenue,    4th Floor,    Honolulu, HI 96816-2664
1041709     +Wei Chao MD LLC,    575 Cook Street, Suite A 2325,    Honolulu, HI 96813-5243
1041711      Weltman, Weinberg & Reis,    323 W Lakeside Avenue,    Suite 200,    Cleveland, OH  44113-1099
1041712      Zwicker & Associates, P.C.,    80 Minuteman Road,    Andover, MA 01810-1008
```

The following entities were noticed by electronic transmission on Sep 16, 2010.
```
tr           EDI: BDCFARMER.COM Sep 15 2010 21:58:00      David C. Farmer,
             David C. Farmer Attorney at Law LLLC,    P.O. Box 4379,    Honolulu, HI  96812-4379
1041656      EDI: AMEREXPR.COM Sep 15 2010 21:58:00      American Express,   Box 0001,
             Los Angeles, CA 90096-8000
1041657      EDI: BANKAMER2.COM Sep 15 2010 21:58:00      Bank of America,    P.O. Box 15027,
             Wilmington, DE 19850-5027
1041658      EDI: BANKAMER.COM Sep 15 2010 21:53:00      Bank of America,    PO Box 301200,
             Los Angeles, CA  90030-1200
1041659      EDI: HFC.COM Sep 15 2010 21:53:00      Beneficial/HSBC,    PO Box 5608,
             Glendale Heights, IL  60139-5608
1041661      EDI: CAPITALONE.COM Sep 15 2010 21:58:00      Capital One Bank USA N.A.,    P. O. Box 60599,
             City of Industry, CA  91716-0599
1041663      EDI: CHASE.COM Sep 15 2010 21:58:00      Chase Card Services,    P.O. Box 94014,
             Palatine, IL 60094-4014
1041664      EDI: CITICORP.COM Sep 15 2010 21:58:00      Citicards,    P.O. Box 6000,    The Lakes, NV 89163-6000
1041672      EDI: RMSC.COM Sep 15 2010 21:53:00      GE Money Bank,    PO Box 981064,    El Paso, TX  79998-1064
1041673      EDI: RMSC.COM Sep 15 2010 21:53:00      GE Money Bank/Amazon,    PO Box 960013,
             Orlando, FL  32896-0013
1041681      E-mail/Text: BANKRUPTCY@HFSFCU.ORG                           HFS Federal Credit Union,
             632 Kinoole Street,    Hilo, HI  96720-3894
1041683      EDI: HFC.COM Sep 15 2010 21:53:00      HSBC,    PO Box 60136,    City of Industry, CA  91716-0136
1041687      EDI: PHINPLAZA.COM Sep 15 2010 21:58:00      Law Offices of Mitchell N. Kay, PC,    PO Box 9006,
             Smithtown, NY  11787-9006
1041689      EDI: RMSC.COM Sep 15 2010 21:53:00      Lowe's,    PO Box 530914,    Atlanta, GA  30353-0914
1041707      EDI: FORD.COM Sep 15 2010 21:58:00      Volvo Car Finance, Inc.,    PO Box 542000,
             Omaha, NE  68154-8000
1041710      EDI: WFFC.COM Sep 15 2010 21:58:00      Wells Fargo Financial Bank,    P.O. Box 5943,
             Sioux Falls, SD 57117-5943
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0975-1           User: lisa              Page 2 of 2              Date Rcvd: Sep 15, 2010
Case: 10-02844                 Form ID: b9a            Total Noticed: 61
```

1041670    ##+Ford Motor Credit Company,   1585 Kapiolani Blvd., Suite 922,   Honolulu, HI 96814-4522
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010**                       **Signature:**        _Joseph Speetjens_